UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE VILLANUEVA,

    Plaintiff,                          Case No. 23-12872
                                        Hon. Jonathan J.C. Grey
v.                                       Magistrate Judge Elizabeth A. Stafford

HEIDI E. WASHINGTON,
et al.,

    Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 24) AND DISMISSING JOHN JOE DEFENDANTS**

Pro se plaintiff Jose Villanueva filed this 42 U.S.C. § 1983 lawsuit against multiple named defendants and unnamed John Does and Jane Does arising out of his detention at the Parnall Correctional Facility in Jackson, Michigan. (ECF No. 1). This matter comes before the Court on Magistrate Judge Elizabeth A. Stafford's Report and Recommendation dated July 11, 2024. (ECF No. 24.) In the Report and Recommendation, the Magistrate Judge recommends that the Court grant Villanueva's request to dismiss the Doe defendants. (ECF No. 16, PageID.91.) No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated July 11, 2024 (ECF No. 24) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Villanueva's cause of action against John Doe and Jane Does is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

Dated: August 2, 2024

s/Jonathan J.C. Grey
JONATHAN J.C. GREY
UNITED STATES DISTRICT JUDGE

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 2, 2024.

                  s/ S. Osorio
                  Sandra Osorio
                  Case Manager