UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSE VILLANUEVA., <br><br> Plaintiff, <br><br> v. <br><br> HEIDI WASHINGTON, *et al.*, <br><br> Defendant. | Case No. 23-12872 <br> Honorable Jonathan J.C. Grey <br> Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S
THIRD MOTION TO APPOINT COUNSEL
(ECF NO. 38)**

Plaintiff Jose Villanueva moves a third time for appointment of counsel. ECF No. 38. In July 2024, the Court denied his earlier motions for appointment of counsel without prejudice, reasoning that Villanueva has not shown exceptional circumstances meriting appointment of counsel during this pretrial stage. ECF No. 22. This conclusion has not changed. Thus, Villanueva's third motion to appoint counsel, **ECF No. 38**, is **DENIED WITHOUT PREJUDICE**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: July 22, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 22, 2025.

s/Davon Allen  
DAVON ALLEN  
Case Manager
