UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOSE VILLANUEVA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>HEIDI WASHINGTON, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 23-12872<br>Honorable Jonathan J.C. Grey<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER DENYING PLAINTIFF'S
## MOTION FOR RECONSIDERATION OF ORDER DENYING HIS THIRD MOTION FOR APPOINTMENT OF COUNSEL (ECF NO. 42)

Plaintiff Jose Villanueva recently moved a third time for appointment of counsel (ECF No. 38) and this Court again denied that motion without prejudice. ECF No. 39. Villanueva now moves the Court to reconsider that decision. ECF No. 42.

The Court **DENIES** the motion because the Court continues to conclude that Villanueva has not shown exceptional circumstances meriting the appointment of counsel during this pretrial stage.

Dated: August 25, 2025

　　　　　　　　　　　　　　　　　s/Elizabeth A. Stafford
　　　　　　　　　　　　　　　　　ELIZABETH A. STAFFORD
　　　　　　　　　　　　　　　　　United States Magistrate Judge

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 25, 2025.

                                                       s/Davon Allen
                                                      DAVON ALLEN
                                                      Case Manager