UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE VILLANUEVA,

    Plaintiff,                              Case No. 23-12872
                                                Hon. Jonathan J.C. Grey
v.                                        Magistrate Judge Elizabeth A. Stafford

SHAQUILLE COLEMAN,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND
RECOMMENDATION (ECF No. 52), DISMISSING
DEFENDANT SHAQUILLE COLEMAN, AND
DISMISSING PLAINTIFF'S CAUSE OF ACTION**

Pro se plaintiff Jose Villanueva filed this 42 U.S.C. § 1983 lawsuit against multiple named and unnamed defendants arising out of his detention at the Parnall Correctional Facility in Jackson, Michigan. (ECF No. 1). The Court previously dismissed all defendants except defendant Shaquille Coleman from this action. This matter comes before the Court on Magistrate Judge Elizabeth A. Stafford's Report and Recommendation dated October 14, 2025. (ECF No. 52.) In the Report and Recommendation, the Magistrate Judge recommends that the Court dismiss Villanueva's claim against Coleman for failure to prosecute and

deny as moot Coleman's motion for summary judgment. (*Id.* at PageID.276, 279.) No party has filed an objection to the Report and Recommendation.[1]

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn,* 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated October 14, 2025 (ECF No.52) is **ADOPTED** as this Court's findings of fact and conclusions of law.

---

[1] Villanueva did not respond to the last two motions filed by Coleman, and some but not all recent orders sent by the Court to Villanueva at the address he recently provided to the Court (see ECF No. 48) have been returned as undeliverable. (See ECF Nos. 46, 49, 50, 53.)

**IT IS FURTHER ORDERED** that Villanueva's claim against defendant Shaquille Coleman is **DISMISSED**.

**IT IS FURTHER ORDERED** that Coleman's motion for summary judgment (ECF No. 43) and motion to stay (ECF No. 47) are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that, as all defendants have been dismissed from this cause of action, Villanueva's cause of action is **DISMISSED**.

SO ORDERED.

Dated: November 3, 2025

<u>s/Jonathan J.C. Grey</u>
JONATHAN J.C. GREY
UNITED STATES DISTRICT JUDGE

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 3, 2025.

                        **s/ S. Osorio**
                        Sandra Osorio
                        Case Manager